AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Crotty, Paul A | 2. Court or Organization<br><br>U.S. District Court (S.D.N.Y.) | 3. Date of Report<br><br>05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>40 Centre Street<br>Room 2102<br>New York, New York 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Group President - N.Y./CT. | Verizon Communications (Resigned 7/31/05) |
| 2. Trustee | Trust #1 (See Part VIII) |
| 3. Trustee | Trust #2 (See Part VIII) |
| 4. Director | Lower Manhattan Development Corporation (Resigned 4/15/05) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Verizon Income Deferral Plan (No Control) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Verizon Communications | $ 1,293,480 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ████ George Arzt Communications |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York State Bar Association | Torts, Insurance & Compensation Law Section, Meeting in Killarney, Ireland, Aug. 10-13, Hotel, Meals, Air Transportation (Spouse Attended) |
| 2. Phase I Orientation Seminar for Newly Appointed District Judges | Redondo Beach, California, August 22-26, Hotel, Meals, Air Transportation |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. Chase Master Card | Credit Card | J |
| 3. Chase Visa Card | Credit Card | J |
| 4. Bank of America Visa Card | Credit Card | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 2. American Express | A | Dividend | L | T | | | | | |
| 3. American International Group | A | Dividend | K | T | | | | | |
| 4. Amgen | A | Dividend | K | T | | | | | |
| 5. Coca Cola | B | Dividend | L | T | | | | | |
| 6. Disney | A | Dividend | L | T | | | | | |
| 7. Duke Energy Corp. | A | Dividend | K | T | Buy | 5/12 | K | | |
| 8. Exxon Mobil | B | Dividend | L | T | | | | | |
| 9. General Electric | B | Dividend | L | T | | | | | |
| 10. Hospira | A | Dividend | J | T | | | | | |
| 11. IBM | A | Dividend | J | T | | | | | |
| 12. JP Morgan Chase | B | Dividend | K | T | | | | | |
| 13. Eli Lilly | B | Dividend | K | T | Buy | 12/12 | K | | |
| 14. Marsh & McLennan | A | Dividend | K | T | | | | | |
| 15. Microsoft | A | Dividend | K | T | | | | | |
| 16. Newmont Mining | A | Dividend | K | T | | | | | |
| 17. Pfizer | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001 - $5,000,000 | P2=$5,000,001 - $25,000,000 | |
| | P3=$25,000,001 - $50,000,000 | R=Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q=Appraisal | S=Assessment | T=Cash Market | | |
| | U=Book Value | V=Other | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Stryker Corp. | B | Dividend | K | T | Buy | 11/21 | K | | |
| 19. United Health Group | A | Dividend | L | T | | | | | |
| 20. Alliance Bernstein Capital | A | Interest | L | T | | | | | |
| 21. Fidelity NY Muni | A | Interest | M | T | Buy | 10/2 | M | | |
| 22. Norbelle LLC | | None | L | T | | | | | |
| 23. Rollover IRA #1 | C | Dividend | P1 | T | | | | | |
| 24. - Fidelity Low Priced Stock | | | | | | | | | |
| 25. - Baron Growth | | | | | | | | | |
| 26. - William Blair Int'l Growth | | | | | | | | | |
| 27. - Columbia Acorn Class Z | | | | | | | | | |
| 28. - Dodge & Cox Stock | | | | | | | | | |
| 29. - Harbor International | | | | | | | | | |
| 30. - Julius Baer Int'l Equity | | | | | | | | | |
| 31. - Longleaf Int'l | | | | | | | | | |
| 32. - Royce Premier | | | | | | | | | |
| 33. - Tweedy Brown Global | | | | | | | | | |
| 34. - Fidelity Cash Reserves | | | | | Buy | 8/2 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Fidelity Diversified Int'l | | | | | Buy | 8/2 | J | | |
| 36. Rollover IRA #2 | C | Interest | M | T | | | | | |
| 37. - Newberger Berman Intermediate | | | | | | | | | |
| 38. Verizon Income Deferral Plan | F | Dividend | P1 | T | Sell | 10/2 | M | | See Note in Part VIII |
| 39. - Verizon Co. | | | | | | | | | |
| 40. - Fidelity Active U.S. Equity | | | | | Sold | 7/30 | | | |
| 41. - Clipper Fund | | | | | Sold | 7/30 | | | |
| 42. - Fidelity Passive U.S. Equity Index | | | | | Sold | 7/30 | | | |
| 43. - Active U.S. Small Cap | | | | | Sold | 7/30 | | | |
| 44. - Fid Reit Coll Pool | | | | | Sold | 7/30 | | | |
| 45. - Cash Account Moodys | | | | | | | | | |
| 46. - Pimco Real Rtn Bond | | | | | | | | | |
| 47. Verizon Executive Deferral Plan | D | Dividend | N | T | Sold | 10/2 | | | See Note in Part VIII |
| 48. Verizon Savings & Pension Plan | B | Dividend | M | T | | 8/2 | | | See Note in Part VIII |
| 49. Trust No. 1 | E | Dividend | O | T | Resigned | | | | See Note in Part VIII |
| 50. Trust No. 2 | D | Dividend | N | T | Resigned | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

In connection with my resignation from Verizon Communications on July 31, 2005, my Verizon Savings and Pension Plans were rolled over to my Rollover IRA No. 1. My Verizon Executive Deferral Plan had not vested and so was paid out as compensation. It is part of the income I received and is reported in Part III, Non-Investment Income. I also received my first distribution from the Verizon Income Deferral Plan. That income is also included in Part III.

I did not list any of the assets held in Trust No. 1 or Trust No. 2 because I resigned my position in these ███ trusts in connection with my entering the duties of my office on August 1, 2005. I resigned so that I would not have to make disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date _May 10, 2006_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544